THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CYNTHIA ALLEN | § | CASE NO. 17-40771-R |
| XXX-XX-3719 | § | |
| 933 PLANTATION | § | CHAPTER 13 |
| DALLAS, TX  75115 | § | |
| | § | |
| DEBTOR | § | |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS**
**(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)**

## Notice Regarding Trustee's Recommendation Concerning Claims:

THIS DOCUMENT SHALL CONSTITUTE AN **OBJECTION TO YOUR CLAIM** UNLESS THE RECOMMENDATION IN THIS DOCUMENT CONCERNING YOUR CLAIM ACCEPTS YOUR PROOF OF CLAIM PRECISELY AS FILED.

NO HEARING WILL BE CONDUCTED ON THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE WITHIN **TWENTY-EIGHT (28) DAYS** FROM DATE OF SERVICE, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION.

IF NO OBJECTION IS TIMELY SERVED AND FILED TO THIS DOCUMENT, THE TRUSTEE'S RECOMMENDATION CONCERNING YOUR CLAIM SHALL BE SUSTAINED AS UNOPPOSED AND YOUR CLAIM SHALL BE ALLOWED ONLY AS SET FORTH IN THIS DOCUMENT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

## Notice of Deadline for Filing Objections to Claim:

YOU ARE FURTHER NOTIFIED that the **deadline for filing an objection** to the allowance of any proof of claim filed in this case, or to avoid or otherwise challenge the validity of any security interest claimed in any proof of claim in this case, is the **twenty-first (21st) day** following the date of service of this document.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Carey D. Ebert, Chapter 13 Trustee, in these proceedings, and making this her recommendation concerning claims, would respectfully show the Court as follows:

1. All parties are specifically advised that, among others, LBR 3015 shall apply to this Trustee's Recommendation Concerning Claims.

2. The time for filing claims in this proceeding has expired.  The Trustee has reviewed all of the claims filed in this proceeding.  Attached are Schedules I and II containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

3. If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's objections or other recommendations, or may file an objection to any claim disputed. However, responses to the Trustee's recommendations MUST BE FILED within twenty-eight (28) days from the date of service hereof, and objections to claims MUST BE FILED within twenty-one (21) days from service hereof. Each claim for which there is no timely filed response or objection will be treated as listed in the attached Schedules, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## VALUATION OF COLLATERAL

4. The Court has previously made a final and binding determination of the value of certain property, which may constitute collateral securing certain creditors' claims. These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court. All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I and II.

5. Certain creditors may have timely filed proofs of claim which evidenced a perfected security interest in additional collateral not previously valued by the Court. The Trustee has made a recommendation to the Court in Schedules I and II concerning the value of such collateral and the treatment of each such creditor's claim herein. Such recommendation is deemed to be a motion to determine the value of such creditor's secured claim. UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## TRUSTEE'S OBJECTIONS TO CLAIMS

6. The Trustee contests the amounts or the validity or extent of the security interest listed in the proofs of claim in the attached Schedule I to the Trustee's Recommendation Concerning Claims. If no response or objection is timely filed, such claim will be treated in the manner and amount listed on the attached Schedules to the Trustee's Recommendation Concerning Claims

7. Parties in interest should carefully examine the attached Schedules to the Trustee's Recommendation Concerning Claims. If any party disagrees with the Trustee's recommendation concerning the amount or status of any claim, such party must file a response within twenty-eight (28) days from the date of service hereof, or the Trustee's recommendation will become final and binding.

8. If the Trustee's recommendation concerning any claim differs from the amount indicated in the creditor's Proof of Claim, the recommendation is deemed to be an objection to such claim. Unless a timely response or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount listed in the attached Schedules to the Trustee's Recommendation Concerning Claims.

9. If the Trustee's recommendation concerning a creditor's claim indicates that such creditor is not a secured creditor, the recommendation is deemed to be an action to determine the validity of such creditor's security interest or to avoid such creditor's security interest. Unless a timely response or objection is filed contesting the Trustee's recommendation, the security interest will be avoided or disallowed in accordance with the attached Schedules to the Trustee's Recommendation Concerning Claims.

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS. PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

10. The amounts in the attached Schedule II to the Trustee's Recommendation Concerning Claims were taken directly from the proofs of claims. The Trustee does not contest these claims. If the Debtors or any creditors contest any of these claims, an objection to each claim must be filed within twenty-one (21) days from the date of service hereof.

NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS. PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

11. Responses to the Trustee's recommendation must be filed within twenty-eight (28) days from the date of service hereof, and additional objections to claims must be filed within twenty-one (21) days from the date of service hereof, with the United States Bankruptcy Clerk, 660 North Central Expressway, Plano, TX 75074, and served on the appropriate parties in accordance with the Bankruptcy Rules.

Respectfully submitted,

/s/ H. Jefferson LeForce
Carey D. Ebert, Chapter 13 Trustee, TBN 05332500
H. Jefferson LeForce TBN 00791094
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

CASE NO: 17-40771-R

## SECTION I

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
| --- | --- | --- | --- |
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| AMERICOLLECT<br>1851 S. ALVERNO RD.<br>MANITOWOC, WI 54220 | 0.00 | 0.00 | UNSECURED CLAIM NOT FILED |
| | | 0.00 | COLLECTING FOR TEXAS NEURORADIOLOGY<br>CLAIM NOT TO BE PAID |
| AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC, WI 54221-2080 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| CHARLES A CALDWELL<br>ATTORNEY AT LAW<br>PO BOX 601174<br>DALLAS, TX 75360 | 0.00 | 0.00 | UNSECURED CLAIM NOT FILED |
| | | 0.00 | ATTORNEY FEES<br>CLAIM NOT TO BE PAID |
| CITY OF DE SOTO/ISD<br>200 E. BELT LINE ROAD<br>DE SOTO, TX 75115 | 0.00 | 0.00 | TAXES SECURED |
| | | 0.00 | PROPERTY TAXES<br>TO BE PAID DIRECT BY DEBTOR |
| CODILIS & STAWIARSKI P.C.<br>650 N. SAM HOUSTON PKWAY EAST<br>SUITE 450<br>HOUSTON, TX 77060 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| DALLAS COUNTY<br>C/O MELISSA PALO<br>LINEBARGER GOGGAN BLAIR & SAMPSON,LLP<br>2777 N STEMMONS FREEWAY SUITE 1000<br>DALLAS, TX 75207-2328 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| DALLAS COUNTY<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | 6,747.53 | 0.00 | TAXES SECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 1<br>2017 PROPERTY TAXES<br>TO BE PAID DIRECT BY DEBTOR |

| Name/Address | Amount | Amount | Classification |
|---|---|---|---|
| DALLAS COUNTY TAX ASSESSOR-COLLECTOR<br>RECORDS BUILDING - 1ST FLOOR<br>500 ELM STREET<br>DALLAS, TX 75202 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| DEPT OF PUBLIC SAFETY<br>BIENVILLE PARISH<br>PO BOX 328<br>ARCADIA, LA 71001 | 0.00 | 0.00<br><br>0.00 | UNSECURED<br><br>TRAFFIC TICKET<br>TO BE PAID DIRECT BY DEBTOR |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>TAXES<br>CLAIM NOT TO BE PAID |
| INTERNAL REVENUE SERVICE<br>1100 COMMERCE STREET<br>ROOM 951<br>MAIL CODE 5024 DAL<br>DALLAS, TX 75242 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 38,464.41 | 0.00<br><br>0.00 | PRIORITY<br><br>COURT CLAIM REGISTRY # 3<br>2012, 2015-2016 TAXES<br>TO BE PAID AS AMENDED PRIORITY PER PARA 5(B) OF PLAN |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 65,399.29 | 4.00<br><br>0.00 | TAXES SECURED<br><br>COURT CLAIM REGISTRY # 3<br>2006 - 2007 TAXES<br>TO BE PAID AS SECURED, COLLATERAL VALUED |
| LINEBARGER GOGGAN SAMPSON<br>2777 STEMMONS FREEWAY STE1000<br>DALLAS, TX 75207 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE |
| LYNALISE KATHERINE TANNERY<br>BONIAL & ASSOCIATES, P.C.<br>14841 DALLAS PARKWAY, SUITE 425<br>DALLAS, TX 75254 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MICHAEL J. WISS<br>WISS & ASSOCIATES<br>11882 GREENVILLE #111, BOX 111<br>DALLAS, TX 75243-3567 | 4,000.00 | 0.00<br><br>0.00 | ATTORNEY FEE<br><br>DEBTOR ATTORNEY<br>TO BE PAID AS ADMINISTRATIVE |

| Creditor | Amount | Amount | Notes |
|---|---|---|---|
| MICHAEL WISS AND ASSOCIATES<br>11882 GREENVILLE AVENUE<br>SUITE 111 BOX 111<br>DALLAS, TX 75243-3567 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MONEY LIFE OF AMERICA<br>PO BOX 4830<br>SYRACUSE, NY 13221 | 0.00 | 0.00<br><br>0.00 | SECURED<br><br>INSURANCE LOAN<br>TO BE PAID DIRECT BY DEBTOR |
| NTTA<br>CUSTOMER SERVICE CENTER<br>PO BOX 260928<br>PLANO, TX 75026-0928 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PERDUE BRANDON FIELDER COLLINS & MATT<br>ATTENTION FORT BEND COUNTY<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON, TX 77008 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>ATTORNEY FOR FT BEND COUNTY<br>CLAIM NOT TO BE PAID |
| RESIDENT DATA FINANCIAL<br>12770 COIT ROAD #1000<br>DALLAS, TX 75251-1336 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>COLLECTING FOR VENTANA MIDTOWN<br>CLAIM NOT TO BE PAID |
| SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | 312,327.21 | 0.00<br><br>0.00 | MORTGAGE ON-GOING PAYMENTS<br><br>COURT CLAIM REGISTRY # 4<br>HOMESTEAD<br>TO BE PAID DIRECT BY DEBTOR |
| SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | 219,851.49 | 0.00<br><br>0.00 | MORTGAGE ARREARAGE<br><br>COURT CLAIM REGISTRY # 4<br>HOMESTEAD ARREARS<br>TO BE PAID IN FULL |
| SLS MORTGAGE<br>8742 LUCENT BOULEVARD<br>SUITE 300<br>HIGHLANDS RANCH, CO 80129 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| SPECIALIZED LOAN SERVICING<br>P O BOX 666005<br>LITTLETON, CO 80163-6005 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| Creditor | | | Status |
|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH, CO 80129 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| SPECIALIZED LOAN SERVICING LLC<br>14841 DALLAS PARKWAY, SUITE 300<br>DALLAS, TX 75254-7883 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| SPECIALIZED LOAN SERVICING LLC<br>PO BOX 636007<br>LITTLETON, CO 80163 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| SYNCHRONY BANK<br>C/O RECOVERY MANGMNT SYS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| TEXAS NEURORADIOLOGY PA<br>9301 N. CENTRAL EXPY<br>DALLAS, TX 75231 | 0.00 | 0.00 | UNSECURED CLAIM NOT FILED |
| | | 0.00 | MEDICAL<br>CLAIM NOT TO BE PAID |
| THE LOFTS &#064; CITY CENTERT<br>1345 10TH AVENUE EAST<br>TUSCALOOSA, AL 35404 | 0.00 | 0.00 | UNSECURED CLAIM NOT FILED |
| | | 0.00 | LEASE<br>CLAIM NOT TO BE PAID |
| U.S. ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVE., NW<br>WASHINGTON, DC 20530-0001 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| UNITED STATES ATTORNEY<br>110 N. COLLEGE SUITE 700<br>TYLER, TX 75702 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| UNITED STATES TRUSTEE<br>110 N. COLLEGE SUITE 300<br>TYLER, TX 75702 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |

| | | | |
|---|---|---|---|
| VENTANA MIDTOWN<br>4001 FANNIN STREET<br>HOUSTON, TX 77004 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |

CASE NO: 17-40771-R

## SECTION II

| CREDITOR | AMOUNT | INTEREST RATE MONTHLY PAYMENT | CLAIM TYPE DESCRIPTION TREATMENT |
|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | 598.37 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 2<br>SERVICES<br>TO BE PAID AS UNSECURED |
| BAYLOR HEART & VASCULAR<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS, TX 75374-0933 | 4,003.96 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 6<br>MEDICAL<br>TO BE PAID AS UNSECURED |
| BAYLOR UNIV. MEDICAL CTR<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 800849<br>DALLAS, TX 75380-0849 | 52.35 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 5<br>MEDICAL<br>TO BE PAID AS UNSECURED |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 65,016.25 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 3<br>TAXES<br>TO BE PAID AS UNSECURED |

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: §
§
CYNTHIA ALLEN § CASE NO. 17-40771-R
XXX-XX-3719 §
933 PLANTATION § CHAPTER 13
DALLAS, TX 75115 §
§
DEBTOR §

CERTIFICATE OF SERVICE

   This is to certify that a true and correct copy of the foregoing TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS) has been served upon the following parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail. If no address is listed, no notice was sent to that party.

CYNTHIA ALLEN
933 PLANTATION
DALLAS, TX 75115

MICHAEL J. WISS
WISS & ASSOCIATES
11882 GREENVILLE #111, BOX 111
DALLAS, TX 75243-3567

and to the parties on the attached mailing matrix.

Dated: April 16, 2018            /s/ Carey D. Ebert, Chapter 13 Trustee
                                                   Office of the Standing Chapter 13 Trustee

| | | |
|---|---|---|
| * AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK  73124-8848 | AMERICOLLECT<br>1851 S. ALVERNO RD.<br>MANITOWOC, WI  54220 | AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC, WI  54221-2080 |
| BAYLOR HEART & VASCULAR<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS, TX  75374-0933 | BAYLOR UNIV. MEDICAL CTR<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 800849<br>DALLAS, TX  75380-0849 | CHARLES A CALDWELL<br>ATTORNEY AT LAW<br>PO BOX 601174<br>DALLAS, TX  75360 |
| CITY OF DE SOTO/ISD<br>200 E. BELT LINE ROAD<br>DE SOTO, TX  75115 | CODILIS & STAWIARSKI P.C.<br>650 N. SAM HOUSTON PKWAY EAST<br>SUITE 450<br>HOUSTON, TX  77060 | DALLAS COUNTY<br>C/O MELISSA PALO<br>LINEBARGER GOGGAN BLAIR & SAMPSON,LLP<br>2777 N STEMMONS FREEWAY SUITE 1000<br>DALLAS, TX  75207-2328 |
| DALLAS COUNTY<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX  75207 | DALLAS COUNTY TAX<br>ASSESSOR-COLLECTOR<br>RECORDS BUILDING - 1ST FLOOR<br>500 ELM STREET<br>DALLAS, TX  75202 | DEPT OF PUBLIC SAFETY<br>BIENVILLE PARISH<br>PO BOX 328<br>ARCADIA, LA  71001 |
| * INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | INTERNAL REVENUE SERVICE<br>1100 COMMERCE STREET<br>ROOM 951<br>MAIL CODE 5024 DAL<br>DALLAS, TX  75242 | INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA  19101-7317 |
| LINEBARGER GOGGAN SAMPSON<br>2777 STEMMONS FREEWAY STE1000<br>DALLAS, TX  75207 | LYNALISE KATHERINE TANNERY<br>BONIAL & ASSOCIATES, P.C.<br>14841 DALLAS PARKWAY, SUITE 425<br>DALLAS, TX  75254 | MICHAEL WISS AND ASSOCIATES<br>11882 GREENVILLE AVENUE<br>SUITE 111 BOX 111<br>DALLAS, TX  75243-3567 |
| MONEY LIFE OF AMERICA<br>PO BOX 4830<br>SYRACUSE, NY  13221 | NTTA<br>CUSTOMER SERVICE CENTER<br>PO BOX 260928<br>PLANO, TX  75026-0928 | PERDUE BRANDON FIELDER COLLINS & MATT<br>ATTENTION FORT BEND COUNTY<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON, TX  77008 |
| RESIDENT DATA FINANCIAL<br>12770 COIT ROAD #1000<br>DALLAS, TX  75251-1336 | SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | SLS MORTGAGE<br>8742 LUCENT BOULEVARD<br>SUITE 300<br>HIGHLANDS RANCH, CO  80129 |
| SPECIALIZED LOAN SERVICING<br>P O BOX 666005<br>LITTLETON, CO  80163-6005 | SPECIALIZED LOAN SERVICING LLC<br>PO BOX 636007<br>LITTLETON, CO  80163 | SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH, CO  80129 |

SPECIALIZED LOAN SERVICING LLC
14841 DALLAS PARKWAY, SUITE 300
DALLAS, TX  75254-7883

SYNCHRONY BANK
C/O RECOVERY MANGMNT SYS CORP
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL  33131-1605

TEXAS NEURORADIOLOGY PA
9301 N. CENTRAL EXPY
DALLAS, TX  75231

THE LOFTS &#064; CITY CENTERT
1345 10TH AVENUE EAST
TUSCALOOSA, AL  35404

U.S. ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
MAIN JUSTICE BUILDING
10TH & CONSTITUTION AVE., NW
WASHINGTON, DC  20530-0001

UNITED STATES ATTORNEY
110 N. COLLEGE SUITE 700
TYLER, TX  75702

UNITED STATES TRUSTEE
110 N. COLLEGE SUITE 300
TYLER, TX  75702

VENTANA MIDTOWN
4001 FANNIN STREET
HOUSTON, TX  77004