Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

---

Bankruptcy Proceeding No.: 17–40771
Chapter: 13
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cynthia Allen
933 Plantation
Dallas, TX 75115

Social Security / Individual Taxpayer ID No.:
xxx–xx–3719

Employer Tax ID / Other nos.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 7/15/19 at 09:45 AM

to consider and act upon the following:

43 – Motion to Modify Confirmed Chapter 13 Plan Filed by Cynthia Allen (Attachments: # 1 Proposed Order) (Wiss, Michael)

Dated: 6/11/19

Jason K. McDonald
Clerk, U.S. Bankruptcy Court