IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CYNTHIA ALLEN, | § | |
| Last 4 of SSN: 3719 | § | CASE NO. 17-40771 |
| | § | |
| | § | |
| 933 PLANTATION DRIVE | § | CHAPTER 13 |
| DESOTO, TEXAS 75115 | § | |
| Debtor(s) | § | |
| | § | |

**ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN AND GRANTING ADDITIONAL AWARD OF ATTORNEY FEES**

ON THIS DATE the Court considered the Motion to Modify Confirmed Chapter 13 Plan (the "Modification Motion") filed on or about September 18, 2019, by the Debtor(s), CYNTHIA ALLEN [the "debtor(s)"]. The Modification Motion seeks to modify the terms of the confirmed Chapter 13 plan [docket # ] in the above referenced case (the "Confirmed Chapter 13 Plan"). The Court finds that the Modification Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-eight (28)-day negative notice language, pursuant to LBR 3015(h), which directed any party opposed to the granting the relief sought by the Modification Motion to file a written response within 28 days or the Modification Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Modification Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the proposed plan modifications, together with any allegations contained in the Motion regarding the propriety of those plan modifications or the fulfillment of the requirements set forth in §1329 of the Bankruptcy Code, stand unopposed. Therefore, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Modify Confirmed Chapter 13 plan filed on May 13 , 2019, by the Debtor(s), CYNTHIA ALLEN, is hereby **GRANTED,** the Confirmed Chapter 13 Plan is hereby **MODIFIED** in accordance with the provisions set forth in the Modification Motion, as amended by this Order, and the Chapter 13 Trustee shall adjust her distributions accordingly.

**IT IS FURTHER ORDERED** that all provisions of the Confirmed Chapter 13 Plan not addressed by the Modification Motion or this Order remain in full force and effect.

**IT IS FURTHER ORDERED** that the request for an additional award of attorney fees, as contained in Paragraph 5 of the Modified Motion, is **GRANTED** and that MICHAEL WISS, is

awarded the sum of $ 1,700.00 Which shall be in addition to any other fees previously awarded or paid in this case.

SIGNED this _______ day of _____________________________ , 2019.

_________________________________

HONORABLE BRENDA T. RHOADES
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Cynthia Allen** CASE NO **17-40771-BTR**

*Debtor(s)* CHAPTER **13**

# EXHIBIT "A" - VARIABLE PLAN PAYMENTS

## PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)

| | Month / Due Date | Payment | | Month / Due Date | Payment | | Month / Due Date | Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/11/2017 | $3,558.21 | 21 | 01/11/2019 | $3,558.21 | 41 | 09/11/2020 | $210.00 |
| 2 | 06/11/2017 | $3,558.21 | 22 | 02/11/2019 | $3,558.21 | 42 | 10/11/2020 | $2,100.00 |
| 3 | 07/11/2017 | $3,558.21 | 23 | 03/11/2019 | $3,558.21 | 43 | 11/11/2020 | $2,100.00 |
| 4 | 08/11/2017 | $3,558.21 | 24 | 04/11/2019 | $3,558.21 | 44 | 12/11/2020 | $2,100.00 |
| 5 | 09/11/2017 | $3,558.21 | 25 | 05/11/2019 | $3,558.21 | 45 | 01/11/2021 | $2,100.00 |
| 6 | 10/11/2017 | $3,558.21 | 26 | 06/11/2019 | $3,558.21 | 46 | 02/11/2021 | $2,100.00 |
| 7 | 11/11/2017 | $3,558.21 | 27 | 07/11/2019 | $3,558.21 | 47 | 03/11/2021 | $2,100.00 |
| 8 | 12/11/2017 | $3,558.21 | 28 | 08/11/2019 | $3,558.21 | 48 | 04/11/2021 | $2,100.00 |
| 9 | 01/11/2018 | $3,558.21 | 29 | 09/11/2019 | $2,100.00 | 49 | 05/11/2021 | $2,100.00 |
| 10 | 02/11/2018 | $3,558.21 | 30 | 10/11/2019 | $2,100.00 | 50 | 06/11/2021 | $2,100.00 |
| 11 | 03/11/2018 | $3,558.21 | 31 | 11/11/2019 | $2,100.00 | 51 | 07/11/2021 | $2,100.00 |
| 12 | 04/11/2018 | $3,558.21 | 32 | 12/11/2019 | $2,100.00 | 52 | 08/11/2021 | $2,100.00 |
| 13 | 05/11/2018 | $3,558.21 | 33 | 01/11/2020 | $2,100.00 | 53 | 09/11/2021 | $2,100.00 |
| 14 | 06/11/2018 | $3,558.21 | 34 | 02/11/2020 | $2,100.00 | 54 | 10/11/2021 | $2,100.00 |
| 15 | 07/11/2018 | $3,558.21 | 35 | 03/11/2020 | $2,100.00 | 55 | 11/11/2021 | $2,100.00 |
| 16 | 08/11/2018 | $3,558.21 | 36 | 04/11/2020 | $196,840.00 | 56 | 12/11/2021 | $2,100.00 |
| 17 | 09/11/2018 | $3,558.21 | 37 | 05/11/2020 | $2,100.00 | 57 | 01/11/2022 | $2,100.00 |
| 18 | 10/11/2018 | $3,558.21 | 38 | 06/11/2020 | $2,100.00 | 58 | 02/11/2022 | $2,100.00 |
| 19 | 11/11/2018 | $3,558.21 | 39 | 07/11/2020 | $2,100.00 | 59 | 03/11/2022 | $2,100.00 |
| 20 | 12/11/2018 | $3,558.21 | 40 | 08/11/2020 | $2,100.00 | 60 | 04/11/2022 | $2,100.00 |

ıabel Matrix for local noticing
ı540-4
:ase 17-40771
:astern District of Texas
;herman
:ue Sep 17 14:51:10 CDT 2019

Cynthia Allen
933 Plantation
Dallas, TX 75115-5271

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

(p)AMERICOLLECT INC
'O BOX 2080
IANITOWOC WI 54221-2080

Baylor Heart & Vascular
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Baylor Univ. Medical Ctr
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

:harles A Caldwell
ıttorney at Law
'O Box 601174
ıallas, TX 75360-1174

City of De Soto/ISD
200 E. Belt Line Road
De Soto, TX 75115-5795

Codilis & Stawiarski, P.C.
650 N. Sam Houston Pkway East
Suite 450
Houston, TX 77060-5908

ıallas County
ıinebarger Goggan Blair & Sampson, LLP
:/o Melissa L. Palo
:777 N. Stemmons Frwy
;uite 1000
ıallas, TX 75207-2328

Dallas County Tax Assessor-Collector
Records Building - 1st Floor
500 Elm Street
Dallas, TX 75202-3304

Dept of Public Safety
Bienville Parish
PO Box 328
Arcadia, LA 71001-0328

:arey D. Ebert
'. O. Box 941166
'lano, TX 75094-1166

Internal Revenue Service
P O Box 7346
Phildelphis, PA 19101-7346

Linebarger, Goggan Sampson
2777 Stemmons Freeway, Ste1000
Dallas, TX 75207-2328

ıichael Wiss and Associates
.1882 Greenville Avenue
;uite 111 Box 111
ıallas, Texas 75243-3567

Money Life of America
PO Box 4830
Syracuse, NY 13221-4830

NTTA
Customer Service Center
PO Box 260928
Plano, TX 75026-0928

ıelissa L. Palo
ıinebarger Goggan Blair & Sampson LLP
:777 N. Stemmons Freeway, Suite 1000
ıallas, TX 75207-2328

Perdue, Brandon, Fielder, Collins & Matt
Attention Fort Bend County
1235 North Loop West
Suite 600
Houston, TX 77008-1772

Resident Data Financial
12770 Coit Road #1000
Dallas, TX 75251-1348

;LS Mortgage
:742 Lucent Boulevard
;uite 300
ıighlands Ranch, CO 80129-2386

Specialized Loan Servicing
P O Box 666005
Littleton, CO 80163-6005

Specialized Loan Servicing LLC
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

;pecialized Loan Servicing LLC
:742 Lucent Blvd, Suite 300
ıighlands Ranch, CO 80129-2386

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

Synchrony Bank
c/o Recovery Mangmnt Sys Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

:HE BNYM TRUST Company N.A. Trustee (See410)
:/o Specialized Loan Servicing LLC
:742 Lucent Blvd, Suite 300
ıighlands Ranch, Colorado 80129-2386

LynAlise Katherine Tannery
Quilling Selander Lownds Winslett &Moser
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024-4204

Texas Neuroradiology PA
9301 N. Central Expy
Dallas, TX 75231-0806

'he Lofts @ City Centert
.345 10th Avenue East
'uscaloosa, AL 35404-3853

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U.S. Bank National Association
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

I.S. Bank National Association, as trustee o
'.O. Box 10826
:reenville, SC 29603-0826

U.S. Bank National Association, as trustee o
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville,, SC 29603-0826

U.S. Bank Trust National Association, as Tr
of Cabana Series III Trust
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038-2480

IS BANK TRUST NATIONAL ASSOCIATION AS TRUSTE
:aymond Valderrama
:/o BSI Financial Services , Bankruptcy
.425 Greenway Drive, Ste. 400
:rving, TX 75038-2480

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

United States Attorney
110 N. College, Suite 700
Tyler, TX 75702-0204

Inited States Trustee
.10 N. College, Suite 300
'yler, TX 75702-7231

Ventana Midtown
4001 Fannin Street
Houston, TX 77004-4074

Michael J. Wiss
Wiss & Freemyer, LLP
11882 Greenvile Ave., Suite 111
Box 11
Dallas, TX 75243-3567

:ristin A. Zilberstein
'he Law Offices of Michelle Ghidotti
.920 Old Tustin ave.
;anta Ana, CA 92705-7811

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

mericollect
.851 S. Alverno Rd.
lanitowoc, WI 54220

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Dallas County
.inebarger Goggan Blair & Sampson, LLP
:/o Melissa L. Palo
:777 N. Stemmons Frwy
;uite 1000
)allas, TX 75207-2328

(d)Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

(d)Internal Revenue Service
P O Box 7346
Phildelphis, PA 19101-7346

:nd of Label Matrix
lailable recipients 42
lypassed recipients 3
'otal 45